## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**GERARD NUOVO,**

    **Plaintiff,**

    **v.**                         Case No. 2:09-cv-312
                                     **JUDGE GREGORY L. FROST**
                                     **Magistrate Judge Mark R. Abel**

**THE OHIO STATE UNIVERSITY, et al.,**

    **Defendants.**

### ORDER

    This matter is before the Court for consideration of the July 18, 2011 joint motion for an extension of the dispositive motion deadline. (ECF No. 141.) In this motion, the parties indicate that they are negotiating a global settlement of this litigation and ask the Court to extend the summary judgment deadline from August 15, 2011, to September 30, 2011. The Court **GRANTS** the motion. Any summary judgment motions, except the one discussed below, shall come on for a non-oral hearing on November 14, 2011.

    Also before the Court is Defendant E. Gordon Gee's pending motion for summary judgment that invokes the defense of qualified immunity. (ECF No. 98.) In light of the fact that Gee has joined in the joint motion for an extension of the dispositive motion deadline as a party to the global settlement discussions, the Court **STAYS** consideration of his motion for summary judgment until October 3, 2011.

    **IT IS SO ORDERED**.

                                                /s/ Gregory L. Frost
                                                GREGORY L. FROST
                                                UNITED STATES DISTRICT JUDGE