**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Dr. Gerard Nuovo, | : | Case No. 2:09-cv-00312 |
| | : | |
| Plaintiff, | : | Judge Frost |
| | : | |
| v. | : | Magistrate Abel |
| | : | |
| The Ohio State University, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This matter came before the Court on August 24, 2011 to clarify an issue relating to the

Parties' Agreement of Settlement that was reached following a Court assisted mediation.  It is

this Court's Order that the settlement check to be issued to Plaintiff and his Counsel be issued

without any deductions for Federal, state or local withholding and that the payment be evidenced

by Form 1099s issued to Plaintiff and his Counsel.

   **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　 /s/  Gregory L. Frost
　　　　　　　　　　　　　　　　GREGORY L. FROST
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

COLUMBUS/1598701v.2