UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GERARD NUOVO,**

    **Plaintiff,**

    **v.**                                    **Case No. 2:09-cv-312**
                                                    **JUDGE GREGORY L. FROST**
**THE OHIO STATE UNIVERSITY, et al.,**       **Magistrate Judge Mark R. Abel**

    **Defendants.**

## **ORDER**

    This matter is before the Court for consideration of the September 27, 2011 Joint Motion to Dismiss with Prejudice.  (ECF No. 145.)  The Court **GRANTS** the motion.

    **IT IS SO ORDERED**.

                                                            /s/ Gregory L. Frost
                                                      GREGORY L. FROST
                                                      UNITED STATES DISTRICT JUDGE